# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JASMINE PERKINS                                           PLAINTIFF

V.                      4:16CV00906 JM

ARKANSAS FEDERAL CREDIT UNION                     DEFENDANT

## AMENDED JUDGMENT

Based upon the Order entered on February 8, 2018, this case is DISMISSED with prejudice. The Defendant is awarded $10,000 in fees and $932.90 in costs.

IT IS SO ORDERED this 23rd day of April, 2018.

_____
James M. Moody Jr.
United States District Judge